UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Susan Hicks,

                Plaintiff,        Case No. 14-cv-14111
                                     Hon. Judith E. Levy
v.                                       Mag. Judge Anthony P. Patti

Commissioner of Social Security,

                Defendant.

_____/

## ORDER ADOPTING THE REPORT AND RECOMMENDATION [25] ON THE CROSS-MOTIONS FOR SUMMARY JUDGMENT [14, 17]

     This is a Social Security appeal. Before the Court is Magistrate Judge Patti's Report and Recommendation (Dkt. 25) recommending the Court deny plaintiff's motion for summary judgment (Dkt. 14) and grant defendant's motion for summary judgment. (Dkt. 17.) The parties were required to file specific written objections within fourteen days of service. Fed. R. Civ. P. 72(b)(2); E.D. Mich. LR 72.1(d). No objections were filed. Accordingly, and on review of the Report and Recommendation,

The Report and Recommendation is adopted. Plaintiff's motion for summary judgment (Dkt. 14) is denied. Defendant's motion for summary judgment (Dkt. 17) is granted. The Commissioner of Social Security's decision is affirmed, and the case is dismissed.[1]

IT IS SO ORDERED.

Dated: May 5, 2016      s/Judith E. Levy
    Ann Arbor, Michigan      JUDITH E. LEVY
                                                 United States District Judge

### CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on May 5, 2016.

                                                 s/Felicia M. Moses
                                                 FELICIA M. MOSES
                                                 Case Manager

---

[1] The parties, by failing to object to the Report and Recommendation, have waived any further right of appeal. *United States v. Walters*, 638 F.2d 947, 949-50 (6th Cir. 1981).